IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHARLES WILSON, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 07-258-JJF
)
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security, )
)
    Defendant. )

ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Three Thousand Seventy-Eight dollars and 00/00 cents ($3,078.00) and costs in the amount of Three Hundred Fifty dollars and 00/00 cents ($350.00), as authorized by 28 U.S.C. §§ 1920 and 2412(d), subject to the terms of the above-referenced Stipulation.

BY THE COURT:

_____ J.
12/5/07